UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN S. KING, ) Plaintiff, ) ) v. ) ) MICHAEL J. ASTRUE, Commissioner of ) Social Security, ) ) Defendant. ) | CASE NO. 1:06-cv-0381-DFH-TAB |

ORDER

Defendant's Rule 59(e) motion is hereby denied. The court's original entry addressed the issues sufficiently and, in the court's view, correctly, given the combination of Mr. King's mental and physical impairments. The recent "nonprecedential disposition" cited by defendant, *Adkins v. Astrue*, No. 06-1476 (7th Cir. April 10, 2007), is distinguishable from this case for the reasons set forth in plaintiff's response. Plaintiff shall promptly supplement his pending petition for attorney fees and costs.

So ordered.

Date:  May 10, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-2-

Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Timothy J. Vrana
tim@timvrana.com